| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Dan Valentine** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–1994** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Illinois** | | Date case filed for chapter  **7   2/7/19** |
| Case number:   **19–03224** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Dan Valentine | |
| 2. | **All other names used in the last 8 years** | dba Camelot Computer Enterprises | |
| 3. | **Address** | 1324 Coolidge St. <br> Sterling, CO 80751 | |
| 4. | **Debtor's attorney** <br> Name and address | Dan Valentine <br> 1324 Coolidge St. <br> Sterling, CO 80751 | Contact phone _____ <br> Email:  NONE |
| 5. | **Bankruptcy trustee** <br> Name and address | Ronald R Peterson <br> Jenner & Block LLP <br> 353 N. Clark Street <br> Chicago, IL 60654 | Contact phone 312–222–9350 <br> Email: rpeterson@jenner.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 2/8/19 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 11, 2019 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/10/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:
Dan Valentine
      Debtor

Case No. 19-03224-CAD
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: lmendoza    Page 1 of 2    Date Rcvd: Feb 08, 2019
                Form ID: 309A        Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2019.

```
27520179       +A/R Concepts Inc,    18-3 E Dundee Rd Suite 330,    Barrington IL 60010-5275
27520369       +Advanced Disposal,    1660 Hubbard Ave,    Batavia IL 60510-1570
27520084       +Alexian Brothers Behavioral Health Hospital,    P O Box 14000,    Belfast ME 04915-4033
27520085       +Alliance Pathology Consultants Ltd,    800 Biesterfield Rd,    Elk Grove Village IL 60007-3361
27520097       +Amita Health,    22589 Network Place,    Chicago IL 60673-1225
27520100       +Digestive Disorders& Liver Center,    1220 W Higgins Road,    Hoffman Estates IL 60169-4033
27520083      ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0291
                (address filed with court:   Illinois Department of Revenue,    PO Box 19035,
                 Springfield IL 62794)
27520176       +Malcolm S. Gerald and Associates Inc,    PO Box 1259,    Oaks PA 19456-1259
27520145       +Nicor,    P O Box 5407,    Carol Stream IL 60197-5407
27520175       +OAC,    P O Box 500,    Baraboo WI 53913-0500
27520146       +Phyllis Medrano,    1324 Coolidge St,    Sterling CO 80751-2218
27520174       +RMS,    P O Box 361595,    Columbus OH 43236-1595
27520147       +Relationship Solutions Center,    937 N Plum Grove RD Suite D,    Schaumburg IL 60173-4771
27520148       +Santanna Energy Services,    7701 San Felipe Blvd Ste 200,    Austin TX 78729-7644
27520149       +TaskRabbit,    425 Second Street 5th Floor,    San Francisco CA 94107-1487
27520150       +U Haul,    2727 N Central Ave,    Phoenix AZ 85004-1158
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
db             +E-mail/PDF: pascal@rkfd.com Feb 09 2019 02:03:11     Dan Valentine,    1324 Coolidge St.,
                 Sterling, CO 80751-2218
tr             +EDI: QRRPETERSON.COM Feb 09 2019 06:48:00      Ronald R Peterson,    Jenner & Block LLP,
                 353 N. Clark Street,    Chicago, IL 60654-5474
27520098       +EDI: CAPITALONE.COM Feb 09 2019 06:48:00      Capital One,    P O Box 6492,
                 Carol Stream IL 60197-6492
27520099       +E-mail/Text: comedbankruptcygroup@exeloncorp.com Feb 09 2019 02:16:21      Commonwealth Edison,
                 P O Box 6111,    Carol Stream IL 60197-6111
27520180       +EDI: CMIGROUP.COM Feb 09 2019 06:48:00      Credit Management LP,    4200 International Parkway,
                 Carrollton TX 75007-1912
27520101       +EDI: DISCOVER.COM Feb 09 2019 06:48:00      Discover,    P O Box 6103,
                 Carol Stream IL 60197-6103
27520177       +E-mail/Text: Bankruptcies@nragroup.com Feb 09 2019 02:17:01      National Recovery Agency,
                 P O Box 67015,    Harrisburg PA 17106-7015
27520178       +EDI: SWCR.COM Feb 09 2019 06:48:00      Southwest Credit Systems,
                 4120 International Pkwy #1100,    Carrollton TX 75007-1958
27520581       +EDI: RMSC.COM Feb 09 2019 06:48:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
27520151        EDI: USBANKARS.COM Feb 09 2019 06:48:00      US Bank,    P O Box 790408,    St Louis MO 63179
27520152       +E-mail/Text: wow.bankruptcy@wowinc.com Feb 09 2019 02:17:13     Wide Open West,    P O Box 4350,
                 Carol Stream IL 60197-4350
                                                                                              TOTAL: 11
```

               ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: lmendoza              Page 2 of 2              Date Rcvd: Feb 08, 2019
                              Form ID: 309A               Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2019 at the address(es) listed below:
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ronald R Peterson    rpeterson@jenner.com, rpeterson@ecf.epiqsystems.com;docketing@jenner.com
                                                                                                TOTAL: 2
```