Form definmgt

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Dan Valentine
1324 Coolidge St.
Sterling, CO 80751
SSN: xxx–xx–1994  EIN: N.A.
dba Camelot Computer Enterprises

Case No. : 19–03224
Chapter : 7
Judge : Carol A. Doyle

## NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 7 OR CHAPTER 11 CASES OF REQUIRED DOCUMENT FOR DISCHARGE

Unless an approved Personal Financial Management Course Provider has notified the Court that you have completed the course, you must complete and file Certification About a Financial Management Course (Official Form 423) pursuant to Bankruptcy Rule 1007(b)(7). Please include the certificate number on Official Form 423 or attach the certificate you received from the approved Personal Financial Management Course Provider.

A list of "Approved Debtor Education Providers" is available at the U.S. Trustee's website at www.justice.gov/ust/eo/bapcpa/ccde/index.htm.

Official Form 423 is available at our website at www.ilnb.uscourts.gov/Forms/

You must file Official Form 423 within 60 days after the first date set for the meeting of creditors under § 341. If you do not file Official Form 423, your case will be closed without a discharge. You will still be liable for the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312–408–5000.

FOR THE COURT

Dated: April 10, 2019

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Dan Valentine  
    Debtor

Case No. 19-03224-CAD  
Chapter 7

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: admin              Page 1 of 1              Date Rcvd: Apr 10, 2019
                              Form ID: definmgt        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db             +E-mail/PDF: pascal@rkfd.com Apr 11 2019 00:45:27      Dan Valentine,    1324 Coolidge St.,
                 Sterling, CO 80751-2218
                                                                                              TOTAL: 1
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2019 at the address(es) listed below:
```
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ronald R Peterson    rpeterson@jenner.com, rpeterson@ecf.axosfs.com;docketing@jenner.com
                                                                                              TOTAL: 2
```